UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTRUST BANK,

Plaintiff,

-vs-

Case No. 6:10-cv-903-Orl-18DAB

SORAYA TRUZMAN also known as Soraya M. Truzman also known as Soraya Masip Truzman also known as Soraya M. Aznar,

Defendants.

___

### ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Final Default Judgment (Doc. No. 9). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion for Final Default Judgment is GRANTED and Final Judgment be entered for SunTrust Bank against Defendant on the Complaint (Doc. No. 1). SunTrust Bank **DIRECTED** to submit a proposed final judgment with the current calculation of interest, and, by separate motion, any request for attorney's fees.

It is **SO ORDERED** in Orlando, Florida, this 24 day of August, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record